**No. 45861.**—Protests 327–K, etc., of Worksman Cycle Co. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bicycle parts similar to those the subject of *Ling* v. *United States* (3 Cust. Ct. 113, C. D. 215). The claim at 30 percent under paragraph 371 was therefore sustained.

**No. 45862.**—Protests 44606–K, etc., of Alfred Hofmann, Inc., et al. (New York).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 19, 1941

**No. 45863.**—Protest 579032–G of Chung Lung Co. (Los Angeles).

Opinion by EVANS, J. In accordance with the stipulation of counsel and on the authority of *Wa Chong* v. *United States* (T. D. 45695) duck meat packed in oil was held dutiable on the weight of the duck exclusive of the oil. On the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the drugs in question were held free of duty under paragraph 1669.

**No. 45864.**—Protest 954853–G/87912 of Marshall Field & Co. (Chicago).

Opinion by EVANS, J. In accordance with agreement of counsel and on the authority of *Ades* v. *United States* (6 Cust. Ct. 246, C. D. 473) the protest was sustained.

**No. 45865.**—Protest 38905–K of Allen Forwarding Co. (Philadelphia).

Opinion by EVANS, J. In accordance with stipulation of counsel the protest was sustained.

**No. 45866.**—Protests 914093–G, etc., of Otto Gerdau Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of dried ginger root, unground, similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63 C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.